[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

Nos. 18-11170; 18-12423
Non-Argument Calendar
_____

D.C. Docket Nos. 1:16-cr-20757-JEM-1,
1:17-cr-20240-JEM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RANESHA STEVENS,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida

_____

(April 9, 2019)

Before WILLIAM PRYOR, GRANT and BLACK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waivers in Appellant's plea agreements is GRANTED.  *See United States v.*

*Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).